STATE OF NEW JERSEY v. MARK KEVIN SMITH.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK JOHNSON.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO HARRELL.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GILBERT PEREZ.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CARMELLO MARTINEZ.

February 16, 1988.

Petition for certification denied.